UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| LUAN PHAM AHN KHUC,<br><br>    Plaintiff,<br><br>        v.<br><br>COMMISSION OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 13-CV-4238-LHK<br><br>ORDER TO SHOW CAUSE |

On September 12, 2013, Plaintiff filed a complaint. ECF No. Defendant filed an answer on February 24, 2014. ECF No. 14. Pursuant to this Court's social security procedural order, ECF No. 2, Plaintiff was required to file a motion for summary judgment or a motion for remand within twenty eight days after the answer was served. The answer was served on February 24, 2014. ECF No. 16. Plaintiff has failed to file his motion within the time frame required.

Plaintiff is hereby ordered to show cause why this case should not be dismissed with prejudice for failure to prosecute. Plaintiff shall file a response by April 16, 2014. If no response is filed by April 16, 2014, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

1

Case No.: 13-CV-4238
ORDER TO SHOW CAUSE

Dated: April 9, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-4238
ORDER TO SHOW CAUSE