UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUAN PHAM AHN KHUC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>COMMISSION OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No.: 13-CV-04238-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |

　　On September 12, 2013, Plaintiff filed a complaint. ECF No. Defendant filed an answer on February 24, 2014. ECF No. 14. Pursuant to this Court's social security procedural order, ECF No. 2, Plaintiff was required to file a motion for summary judgment or a motion for remand within twenty eight days after the answer was served. The answer was served on February 24, 2014. ECF No. 16. Plaintiff failed to file his motion within the time frame required.

　　On April 9, 2014, Plaintiff was thus ordered to show cause by April 16, 2014 why this case should not be dismissed with prejudice for failure to prosecute. ECF No. 17. The Plaintiff was informed that if no response was filed by April 16, 2014, this case would be dismissed with prejudice for failure to prosecute. No response has been filed as of April 17, 2014. Accordingly, this case is dismissed with prejudice for failure to prosecute. The clerk shall close the case file.

1

Case No.: 13-CV-04238
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
LUCY H. KOH
United States District Judge